# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| **STATE OF DELAWARE** | ) | |
| | ) | **RK13-03-0939-01** |
| **v.** _____ | ) | **PFBPP PABPP** |
| | ) | **RK13-03-0944-01, RK13-03-0979-01** |
| **DEVON L. COLEMAN,** | ) | **Police Signal (F)** |
| **(I.D. No.'s 1303004663 &** | ) | **RK13-03-0945-01** |
| **1303012706)** | ) | **Conspiracy 2nd Degree** |
| | ) | **RK13-03-0980-01** |
| **Defendant.** | ) | **Reckless Endangering 2nd Degree** |


*Submitted: December 23, 2015*
*Decided: December 23, 2015*


***Upon Consideration of Defendant's Motion For Postconviction Relief
Pursuant to Superior Court Criminal Rule 61***
**DENIED**


Jason C. Cohee, Esq., Deputy Attorney General, Department of Justice, for the
State of Delaware.

Devin L. Coleman, *Pro se.*


Young, J.

**O R D E R**

Upon consideration of the Defendant's Motion for Postconviction Relief, the Commissioner's Report and Recommendation and the record in this case, it appears that:

1. The defendant, Devin L. Coleman ("Coleman"), pled guilty on June 17, 2014 to one count of Felony Disregarding a Police Officer's Signal, 21 *Del. C.* § 4103; one count of Reckless Endangering in the Second Degree, 11 *Del. C.* § 603;[1] one count of Possession of Firearm or Ammunition by a Person Prohibited,[2] 11 *Del. C.* § 1448; one count of Conspiracy in the Second Degree, 11 *Del. C.* § 512; and one additional count of Felony Disregarding a Police Officer's Signal.[3] In exchange for Coleman's plea, the State entered a *nolle prosequis* on Coleman's remaining charges. The State recommended a total of fifteen years incarceration suspended after serving eight years for probation. The Court sentenced Coleman according to the recommended sentence.

2. Coleman filed, *pro se*, an appeal to the state Supreme Court on August 12, 2014 which was dismissed by the Court as untimely.[4] Next, on September 2, 2014 Coleman filed in this Court a Motion for Correction of a Sentence Imposed in an

---

[1] These two charges are in case ID No. 1303004663 and occurred in Smyrna, Delaware on March 6, 2013.

[2] Coleman is a person prohibited as a result of prior felony convictions.

[3] These three charges are from case ID No. 1303012706 and occurred in Dover, Delaware on March 15, 2013.

[4] *Coleman v. State*, Del. Supr. No. 434, 2014, Ridgely, J. (Sept. 16, 2014).

Illegal Manner under Superior Court Criminal Rule 35(A). He filed a second motion under 35(A) for Correction of an Illegal Sentence on September 11, 2014. He filed a third such motion on September 12, 2014. All motions were denied by the Court on December 18, 2014.[5] Coleman initially appealed to the Supreme Court and subsequently withdrew his appeal.[6]

3.  While these motions were pending, Coleman filed, *pro se*, an initial Motion for Postconviction Relief that "replaced" the motion filed on September 8, 2014, In his motion the Defendant raises the following grounds for relief: (1) involuntary plea agreement; (2) denial of right to self[-] representation; and (3) structural error.

4.  The Court referred this motion to Superior Court Commissioner Andrea M. Freud pursuant to 10 *Del. C.* § 512(b) and Superior Court Criminal Rule 62 for proposed findings of facts and conclusions of law.

5.  The Commissioner has filed a Report and Recommendation concluding that the Motion for Postconviction Relief should be ***denied***, because it is procedurally barred by Rule 61(i)(3) for failure to demonstrate cause and prejudice and as completely meritless.

6.  On December 2, 2015, Defendant filed a letter with this Court requesting to appeal the Commissioner's Report and Recommendation.

7.  On December 23, 2015, a letter was sent to Defendant notifying him an appeal should have been filed in Superior Court on or before October 20, 2015.

---

[5] *State v. Coleman,* ID No. 1303012706, Young, J. (Dec. 18, 2014)(ORDER).

[6] *Coleman v. State*, Del. Supr. No. 716, 2014 (Jan. 28, 2015).

**NOW, THEREFORE,** after *de novo* review of the record in this action, and for reasons stated in the Commissioner's Report and Recommendation dated September 30, 2015,

**IT IS ORDERED** that the Commissioner's Report and Recommendation is adopted by the Court, and the Defendant's Motion for Postconviction Relief is **DENIED**.

/s/ Robert B. Young
J.

RBY/lmc
oc: Prothonotary
cc: The Honorable Andrea M. Freud
   Jason C. Cohee, Esq.
   Devin L. Coleman, *Pro Se*
   File